# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sarah Crebassa,<br><br>    Plaintiff<br>v.<br><br>Rape Crisis Center,<br><br>    Defendant | Case No. 2:17-cv-02273-JAD-CWH<br><br>**Order Adopting Report and Recommendation and Dismissing Case as Delusional and Frivolous**<br><br>[ECF No. 8] |

    Sarah Crebassa brings this action and eight others alleging general and bizarre grievances. Crebassa was given the opportunity to amend her original, single-page complaint, but her amended complaint contains no plausible claims, just fantastic and delusional scenarios.[1] So, after screening that amended pleading, Magistrate Judge Hoffman recommends that I dismiss this case as delusional and frivolous.[2] The deadline for objections to that recommendation passed without objection or a request to extend the deadline to object. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

    IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 8] is ADOPTED** in full;

    IT IS FURTHER ORDERED THAT **this case is DISMISSED with prejudice as delusional and fantastic.**

---

[1] ECF No. 7.

[2] ECF No. 8.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed to CLOSE THIS CASE.

Dated: August 7, 2019

_____
U.S. District Judge Jennifer A. Dorsey